LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| BRIAN SHAUGHNESSEY | ) | CIVIL NO. 08-00324 JMS/BMK |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| vs. | ) | |
| FLYING EAGLE, LLC | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

The Complaint filed by Plaintiff is hereby dismissed with prejudice, pursuant to F.R.Civ.P. 41 (a)(1)(i). No Answer or Motion has been filed.

DATED: Honolulu, Hawaii, 10/14/08.

LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff